ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA                :

       - v. -                            :        ORDER

PEDRO JULIO PRANDY-BINNETT,             :        S3 05 Cr. 369 (@124) (VM)
   a/k/a "Pepe,"
                                        :
                  Defendant.
- - - - - - - - - - - - - - - - - -X

      Upon application of the United States of America, by and through Assistant United States Attorney Michael English, it is hereby ORDERED that Indictment S3 05 Cr. 369 (VM), which was filed under seal on or about December 29, 2005, be and hereby is unsealed.

SO ORDERED.

Dated:   New York, New York
        December 21, 2007

                                      /s/ Ronald L. Ellis
                              UNITED STATES MAGISTRATE JUDGE
                              SOUTHERN DISTRICT OF NEW YORK

                                    RONALD L. ELLIS
                              United States Magistrate Judge
                              Southern District of New York

[FILED STAMP: DEC 21 2007]